**EXHIBIT 1**

**PAYMENTS TO RYAN PRICE D/B/A PRICELESS LANDSCAPE BY BDC GROUP, INC.**

| | | |
|---|---|---|
| 03.16.23 | $50,000.00 | ACH transfer from BDC Bank account, recorded as BDC Group check #3715 |
| 04.03.25 | $17,533.60 | ACH transfer from BDC Bank account, recorded as BDC Group check #3806 |